

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

William C. Curtis and Tina Curtis,
Appellants

No. 06-19-00028-CV  v.

James Humberto Urbina, M.D., and
Christus Health Ark-La-Tex d/b/a Christus
St. Michael Health System, Appellees

Appeal from the 5th District Court of
Bowie County, Texas (Tr. Ct. No.
12C1341-005). Memorandum Opinion
delivered by Chief Justice Morriss and
Justice Stevens, participating. Dissenting
Opinion by Justice Carter, Sitting by
Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, William C. Curtis and Tina Curtis, pay all costs of this appeal.

RENDERED AUGUST 30, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk